AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Stanley L. Mims

**WARRANT FOR ARREST**

CASE NUMBER: 04mj684

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ Stanley L. Mims ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to possess with intent to distribute cocaine and marijuana, within 1000 feet of a school

in violation of
Title ___ 21 ___ United States Code, Section(s) 841(a)(1); 846; 860

Kenneth P. Neiman
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 15, 2004, Springfield, Mass.
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.